# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: KOSER, STEVEN R. | § | Case No. 12-80639 |
| KOSER, AMY C. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 25, 2012. The undersigned trustee was appointed on February 26, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     8,079.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 75.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 8,004.00 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/08/2012 and the deadline for filing governmental claims was 08/08/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,557.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,557.90, for a total compensation of $1,557.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.61, for total expenses of $6.61.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2012    By: /s/ MEGAN G. HEEG
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80639  
**Case Name:** KOSER, STEVEN R.  
KOSER, AMY C.  
**Period Ending:** 08/28/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/25/12 (f)  
**§341(a) Meeting Date:** 04/13/12  
**Claims Bar Date:** 08/08/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 207 West Wall Street, Morrison,<br>Orig. Asset Memo: Orig. Description: 207 West Wall Street, Morrison, | 89,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand<br>Orig. Asset Memo: Orig. Description: Cash on hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Advantage One Credit Union--checking account<br>Orig. Asset Memo: Orig. Description: Advantage One Credit Union--checking account | 57.00 | 0.00 | DA | 0.00 | FA |
| 4 | Advantage One Credit Union--savings in banks, sa<br>Orig. Asset Memo: Orig. Description: Advantage One Credit Union--savings in banks, savings and loan, | 25.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cornerstone Credit Union-- checking account<br>Orig. Asset Memo: Orig. Description: Cornerstone Credit Union-- checking account | 1,049.00 | 0.00 | DA | 0.00 | FA |
| 6 | Cornerstone Credit Union--savings account broker<br>Orig. Asset Memo: Orig. Description: Cornerstone Credit Union--savings account brokerage houses, or | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings: audio, video, a<br>Orig. Asset Memo: Orig. Description: Household goods and furnishings: audio, video, and computer 2 full beds - $50, 2 twin beds - $40, 4 dressers - $40, TV - $75, TV $150, DVD player - $10, refrigerator - $50, microwave - $10, and chairs - $25, sofa section - $150, chair - $10, coffee - $15, mirrors/pictures/wall decorations - $150, washer and - $300, misc. - $200. | 1,275.00 | 0.00 | DA | 0.00 | FA |
| 8 | goods and furnishings: end tables - $15, couch -<br>Orig. Asset Memo: Orig. Description: goods and furnishings: end tables - $15, couch - $10, table - $10, hand tools - $150, misc. - $200. | 385.00 | 0.00 | DA | 0.00 | FA |
| 9 | John Force die cast cars antiques, stamp, coin,<br>Orig. Asset Memo: Orig. Description: John Force die cast cars antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | 350.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wearing apparel<br>Orig. Asset Memo: Orig. Description: Wearing | 200.00 | 0.00 | DA | 0.00 | FA |

Printed: 08/28/2012 10:51 AM V.13.03

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 12-80639 | Trustee: | (330490) MEGAN G. HEEG |
| --- | --- | --- | --- |
| Case Name: | KOSER, STEVEN R. | Filed (f) or Converted (c): | 02/25/12 (f) |
| | KOSER, AMY C. | §341(a) Meeting Date: | 04/13/12 |
| Period Ending: | 08/28/12 | Claims Bar Date: | 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11  Wearing apparel<br>Orig. Asset Memo: Orig. Description: Wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 12  Misc. jewelry<br>Orig. Asset Memo: Orig. Description: Misc. jewelry | 350.00 | 0.00 | DA | 0.00 | FA |
| 13  Both Debtors have term life insurance policies t<br>Orig. Asset Memo: Orig. Description: Both Debtors have term life insurance policies through their places of employment itemize surrender or refund value of each. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14  Canadian Pacific Railroad Pension<br>Orig. Asset Memo: Orig. Description: Canadian Pacific Railroad Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 15  2011 Income Tax Refunds tax refunds. Give<br>Orig. Asset Memo: Orig. Description: 2011 Income Tax Refunds tax refunds. (Actual refund was $5,553, but after deduction for EIC & ACTC, $1,079 was unprotected) | 4,474.00 | 1,079.00 | | 1,079.00 | FA |
| 16  1992 Terry Resort Camper--pull behind<br>Orig. Asset Memo: Orig. Description: 1992 Terry Resort Camper--pull behind | Unknown | 0.00 | DA | 0.00 | FA |
| 17  1999 Chrysler LHS vehicle<br>Orig. Asset Memo: Orig. Description: 1999 Chrysler LHS vehicle | 2,152.00 | 0.00 | DA | 0.00 | FA |
| 18  2005 Chrysler Pacifica vehicle<br>Orig. Asset Memo: Orig. Description: 2005 Chrysler Pacifica vehicle (claimed $2,400 exempt) | 13,000.00 | 7,000.00 | | 7,000.00 | FA |
| 18  Assets  Totals (Excluding unknown values) | $113,052.00 | $8,079.00 | | $8,079.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 08/28/2012 10:51 AM   V.13.03

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-80639 | Trustee: (330490) MEGAN G. HEEG |
| Case Name: KOSER, STEVEN R. | Filed (f) or Converted (c): 02/25/12 (f) |
| KOSER, AMY C. | §341(a) Meeting Date: 04/13/12 |
| Period Ending: 08/28/12 | Claims Bar Date: 08/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    August 21, 2012         Current Projected Date Of Final Report (TFR):    August 28, 2012 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-80639 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | KOSER, STEVEN R. | | Bank Name: | The Bank of New York Mellon |
| | KOSER, AMY C. | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***8454 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 08/28/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/17/12 | {18} | Advantage One Credit Union | 2005 Chrstler Pacifica | 1129-000 | 7,000.00 | | 7,000.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.00 |
| 06/29/12 | {15} | Amy Koser | one-half of the tax refund | 1124-000 | 539.50 | | 7,514.50 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,489.50 |
| 07/02/12 | {15} | Steven Koser | one-half of the tax refund | 1124-000 | 539.50 | | 8,029.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,004.00 |
| | | | ACCOUNT TOTALS | | 8,079.00 | 75.00 | $8,004.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,079.00 | 75.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,079.00 | $75.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******31-65 | 8,079.00 | 75.00 | 8,004.00 |
| | $8,079.00 | $75.00 | $8,004.00 |

{} Asset reference(s)

Printed: 08/28/2012 10:51 AM    V.13.03

# Claims Proposed Distribution

## Case: 12-80639    KOSER, STEVEN R.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $8,004.00 | Total Proposed Payment: | $8,004.00 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Ehrmann Gehlbach Badger & Lee | Admin Ch. 7 | 16.50 | 16.50 | 0.00 | 16.50 | 16.50 | 7,987.50 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Ehrmann Gehlbach Badger & Lee | Admin Ch. 7 | 945.00 | 945.00 | 0.00 | 945.00 | 945.00 | 7,042.50 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 6.61 | 6.61 | 0.00 | 6.61 | 6.61 | 7,035.89 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | MEGAN G. HEEG | Admin Ch. 7 | 1,557.90 | 1,557.90 | 0.00 | 1,557.90 | 1,557.90 | 5,477.99 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| 1 | Commonwealth Edison Company | Unsecured | 1,496.08 | 1,496.08 | 0.00 | 1,496.08 | 274.69 | 5,203.30 |
| 2 | Atlas Acquisitions LLC (First Premier - First ) | Unsecured | 476.82 | 476.82 | 0.00 | 476.82 | 87.55 | 5,115.75 |
| 3 | Medical Assoc. of Clinton | Unsecured | 372.69 | 372.69 | 0.00 | 372.69 | 68.43 | 5,047.32 |
| 4 | Advanced Radiology | Unsecured | 8.55 | 8.55 | 0.00 | 8.55 | 1.57 | 5,045.75 |
| 5 | Ernest Galbreath | Unsecured | 204.95 | 204.95 | 0.00 | 204.95 | 37.63 | 5,008.12 |
| 6 | Tri State Adjustments | Unsecured | 687.72 | 687.72 | 0.00 | 687.72 | 126.27 | 4,881.85 |
| 7 | RRCA Accounts Management, Inc. | Unsecured | 3,533.41 | 3,533.41 | 0.00 | 3,533.41 | 648.76 | 4,233.09 |
| 8 | Spring Park Oral and Max Surgeons | Unsecured | 795.61 | 795.61 | 0.00 | 795.61 | 146.08 | 4,087.01 |
| | **Claim Memo:** ------------------------------------------------------------- | | | | | | | |
| | Schedule F Account: 213435175 | | | | | | | |
| 9 | General Surgery Associates | Unsecured | 20.00 | 20.00 | 0.00 | 20.00 | 3.67 | 4,083.34 |
| 10 | North Iowa Mercy Clinics | Unsecured | 10.44 | 10.44 | 0.00 | 10.44 | 1.92 | 4,081.42 |
| 11 | Nicor Gas | Unsecured | 455.75 | 455.75 | 0.00 | 455.75 | 83.68 | 3,997.74 |
| 12 | American InfoSource LP as agent for | Unsecured | 326.97 | 326.97 | 0.00 | 326.97 | 60.03 | 3,937.71 |
| 13 | MEDIACOM COMMUNICATIONS CORPORATION | Unsecured | 342.31 | 342.31 | 0.00 | 342.31 | 62.85 | 3,874.86 |
| 14 | Allied Business Accounts | Unsecured | 190.00 | 190.00 | 0.00 | 190.00 | 34.89 | 3,839.97 |
| 15 | Allied Business Accounts | Unsecured | 567.00 | 567.00 | 0.00 | 567.00 | 104.10 | 3,735.87 |
| 16 | Advantage One Credit Union | Unsecured | 11,410.05 | 11,410.05 | 0.00 | 11,410.05 | 2,094.96 | 1,640.91 |
| 17 | American InfoSource LP as agent for | Unsecured | 653.18 | 653.18 | 0.00 | 653.18 | 119.93 | 1,520.98 |
| 18 | American InfoSource LP as agent for | Unsecured | 504.93 | 504.93 | 0.00 | 504.93 | 92.71 | 1,428.27 |

## Claims Proposed Distribution

### Case: 12-80639   KOSER, STEVEN R.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $8,004.00 | | Total Proposed Payment: | $8,004.00 | | Remaining Balance: | | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 19 | LVNV Funding, LLC its successors and assigns as | Unsecured | 485.75 | 485.75 | 0.00 | 485.75 | 89.19 | 1,339.08 |
| 20 | LVNV Funding, LLC its successors and assigns as | Unsecured | 6,747.40 | 6,747.40 | 0.00 | 6,747.40 | 1,238.86 | 100.22 |
| 21 | Portfolio Recovery Associates, LLC | Unsecured | 545.84 | 545.84 | 0.00 | 545.84 | 100.22 | 0.00 |
| | **Total for Case 12-80639 :** | | **$32,361.46** | **$32,361.46** | **$0.00** | **$32,361.46** | **$8,004.00** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,526.01 | $2,526.01 | $0.00 | $2,526.01 | 100.000000% |
| Total Unsecured Claims : | $29,835.45 | $29,835.45 | $0.00 | $5,477.99 | 18.360675% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80639
Case Name: KOSER, STEVEN R.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 8,004.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,004.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,557.90 | 0.00 | 1,557.90 |
| Trustee, Expenses - MEGAN G. HEEG | 6.61 | 0.00 | 6.61 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 945.00 | 0.00 | 945.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 16.50 | 0.00 | 16.50 |

Total to be paid for chapter 7 administration expenses: $ 2,526.01
Remaining balance: $ 5,477.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,477.99

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $        0.00
Remaining balance:  $    5,477.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,835.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,496.08 | 0.00 | 274.69 |
| 2 | Atlas Acquisitions LLC (First Premier - First ) | 476.82 | 0.00 | 87.55 |
| 3 | Medical Assoc. of Clinton | 372.69 | 0.00 | 68.43 |
| 4 | Advanced Radiology | 8.55 | 0.00 | 1.57 |
| 5 | Ernest Galbreath | 204.95 | 0.00 | 37.63 |
| 6 | Tri State Adjustments | 687.72 | 0.00 | 126.27 |
| 7 | RRCA Accounts Management, Inc. | 3,533.41 | 0.00 | 648.76 |
| 8 | Spring Park Oral and Max Surgeons | 795.61 | 0.00 | 146.08 |
| 9 | General Surgery Associates | 20.00 | 0.00 | 3.67 |
| 10 | North Iowa Mercy Clinics | 10.44 | 0.00 | 1.92 |
| 11 | Nicor Gas | 455.75 | 0.00 | 83.68 |
| 12 | American InfoSource LP as agent for | 326.97 | 0.00 | 60.03 |
| 13 | MEDIACOM COMMUNICATIONS CORPORATION | 342.31 | 0.00 | 62.85 |
| 14 | Allied Business Accounts | 190.00 | 0.00 | 34.89 |
| 15 | Allied Business Accounts | 567.00 | 0.00 | 104.10 |
| 16 | Advantage One Credit Union | 11,410.05 | 0.00 | 2,094.96 |
| 17 | American InfoSource LP as agent for | 653.18 | 0.00 | 119.93 |
| 18 | American InfoSource LP as agent for | 504.93 | 0.00 | 92.71 |

UST Form 101-7-TFR (05/1/2011)

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | LVNV Funding, LLC its successors and assigns as | | | |
| 20 | LVNV Funding, LLC its successors and assigns as | 6,747.40 | 0.00 | 1,238.86 |
| 21 | Portfolio Recovery Associates, LLC | 545.84 | 0.00 | 100.22 |

Total to be paid for timely general unsecured claims: $ 5,477.99
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)