UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: KOSER, STEVEN R. § Case No. 12-80639
      KOSER, AMY C. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/15/2012 in Courtroom 3100, United States Courthouse,
327 S. Church Stret
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 08/28/2012       By: /s/MEGAN G. HEEG
                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| In re: KOSER, STEVEN R. | § | Case No. 12-80639 |
|---|---|---|
| KOSER, AMY C. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 8,079.00 |
| and approved disbursements of | $ 75.00 |
| leaving a balance on hand of [1] | $ 8,004.00 |
| **Balance on hand:** | $ 8,004.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,004.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,557.90 | 0.00 | 1,557.90 |
| Trustee, Expenses - MEGAN G. HEEG | 6.61 | 0.00 | 6.61 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 945.00 | 0.00 | 945.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 16.50 | 0.00 | 16.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,526.01 |
| Remaining balance: | $ 5,477.99 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,477.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,477.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,835.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,496.08 | 0.00 | 274.69 |
| 2 | Atlas Acquisitions LLC (First Premier - First ) | 476.82 | 0.00 | 87.55 |
| 3 | Medical Assoc. of Clinton | 372.69 | 0.00 | 68.43 |
| 4 | Advanced Radiology | 8.55 | 0.00 | 1.57 |
| 5 | Ernest Galbreath | 204.95 | 0.00 | 37.63 |
| 6 | Tri State Adjustments | 687.72 | 0.00 | 126.27 |
| 7 | RRCA Accounts Management, Inc. | 3,533.41 | 0.00 | 648.76 |
| 8 | Spring Park Oral and Max Surgeons | 795.61 | 0.00 | 146.08 |
| 9 | General Surgery Associates | 20.00 | 0.00 | 3.67 |
| 10 | North Iowa Mercy Clinics | 10.44 | 0.00 | 1.92 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 11 | Nicor Gas | 455.95 | 0.00 | 83.68 |
| 12 | American InfoSource LP as agent for | 326.97 | 0.00 | 60.03 |
| 13 | MEDIACOM COMMUNICATIONS CORPORATION | 342.31 | 0.00 | 62.85 |
| 14 | Allied Business Accounts | 190.00 | 0.00 | 34.89 |
| 15 | Allied Business Accounts | 567.00 | 0.00 | 104.10 |
| 16 | Advantage One Credit Union | 11,410.05 | 0.00 | 2,094.96 |
| 17 | American InfoSource LP as agent for | 653.18 | 0.00 | 119.93 |
| 18 | American InfoSource LP as agent for | 504.93 | 0.00 | 92.71 |
| 19 | LVNV Funding, LLC its successors and assigns as | 485.75 | 0.00 | 89.19 |
| 20 | LVNV Funding, LLC its successors and assigns as | 6,747.40 | 0.00 | 1,238.86 |
| 21 | Portfolio Recovery Associates, LLC | 545.84 | 0.00 | 100.22 |

    Total to be paid for timely general unsecured claims: $ 5,477.99
    Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

    Total to be paid for tardy general unsecured claims: $ 0.00
    Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                               Case No. 12-80639-MB
Steven R. Koser                                                      Chapter 7
Amy C. Koser
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 3                   Date Rcvd: Aug 31, 2012
                              Form ID: pdf006             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2012.
db           +Steven R. Koser,    712 9th Ave.,    Rock Falls, IL 61071-1541
jdb          +Amy C. Koser,    603 Genesee Ave.,    Morrison, IL 61270-2907
18910887     +Advanced Radiology,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
               Davenport, IA 52807-7207
19082049     +Advantage One Credit Union,    207 Larch St.,    Morrison, IL 61270-2025
18531441     +Advantage One Credit Union,    204 N. Jackson Street,    Morrison, IL 61270-3039
18531442     +Allied Business Accounts,    300 1/2 S. 2nd St.,    Clinton, IA 52732
19076342     +Allied Business Accounts,    POB 1600,    Clinton, IA 52733-1600
18531443     +Allied Interstate,    P.O. Box 361774,    Columbus, OH 43236-1774
18531444     +American Family Insurance,    503 E. Third Street,    Sterling, IL 61081-3795
18896506     +Atlas Acquisitions LLC (First Premier - First ),     294 Union St.,    Hackensack, NJ 07601-4303
18531445      Bank Of America,    C/O BAC Home Loans Servicing,    450 American St.,
               Simi Valley, CA 93065-6285
18531446     +CACH, LLC,    C/O Blitt And Gaines, P.C.,    661 Glenn Ave.,   Wheeling, IL 60090-6017
18531447      CGH Medical Center,    101 E. LeFevre Road,    Sterling, IL 61081
18531448     +City Of Morrison,    200 W. Main St.,    Morrison, IL 61270-2400
18531449     +Collection Company Of America,    700 Longwater Dr.,    Norwell, MA 02061-1796
18531451      Comcast Cable,    P.O. Box 3002,    Southeastern, PA 19398-3002
18531453      Credit Protection Association,    P.O. Box 802068,    Dallas, TX 75380-2068
18531454     +Dr. William Simpson,    521 W. Wall St.,    Morrison, IL 61270-2139
18531455      EOS CCA,    P.O. Box 329,    Norwell, MA 02061-0329
18910889     +Ernest Galbreath,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
               Davenport, IA 52807-7207
18531456      First Collection Services,    P.O. Box 3564,    Little Rock, AR 72203-3564
18531458     +H & R Accounts, Inc.,    1987 Spruce Hills Drive,    Bettendorf, IA 52722-2624
18531439     +Koser Amy C,    603 Genesee Ave,    Morrison, IL 61270-2907
18531438     +Koser Steven R,    712 9th Ave,    Rock Falls, IL 61071-1541
18531459     +Liberty Mutual Group,    100 Lincolnway West,    Mishawaka, IN 46544-2077
18531461     ++MEDIACOM COMMUNICATIONS CORPORATION,     ATTN ERIK MIRROW,    100 CRYSTAL RUN ROAD,
               MIDDLETOWN NY 10941-4048
             (address filed with court: MediaCom,     P.O. Box 5744,    Carol Stream, IL 60197-5744)
19050032     +MEDIACOM COMMUNICATIONS CORPORATION,     3737 WESTOWN PARKWAY SUITE A,
               WEST DES MOINES IOWA 50266-6748
18910882     +Medical Assoc. of Clinton,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
               Davenport, IA 52807-7207
18531440     +Miller Lancaster Walker & Burall PC,     15 East Third Street PO Box 535,    Sterling, IL 61081-0535
18531463     +Monica Steen,    18760 Hillside Road,    Morrison, IL 61270-9269
18531464     +Morrison Community Federal Credit Union,     204 E. Main St.,   Morrison, IL 61270-2849
18531465      Nationwide Credit, Inc.,    2002 Summit Blvd., Ste. 600,    Atlanta, GA 30319-1559
18531466      Nationwide Credit, Inc.,    P.O. Box 105182,    Atlanta, GA 30348-5182
18531469     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,     120 Corporate Blvd., Ste. 100,
               Norfolk,, VA 23502-4962)
18531468      Penn Credit,    P.O. Box 988,    Harrisburg, PA 17108-0988
18531470      Quad Corporation,    P.O. Box 2020,    Davenport, IA 52809-2020
18531472     +RRCA Accounts Management, Inc.,    201 East Third Street,    Sterling, IL 61081-3611
18531473      SST/CIGPFI Corp,    4315 PIckett Rd.,    St. Joseph, MO 64503-1600
18531474     +Sterling-Rock Falls Clinic,    101 E. Miller Road,    Sterling, IL 61081-1294
18531475      The CBE Group,    P.O. Box 900,    Waterloo, IA 50704-0900
18531476     +Tri State Adj. Freeport,    440 E. Challenge St.,    Freeport, IL 61032-2540
18934478     +Tri State Adjustments,    Freeport Inc.,    POB 882,   Freeport, IL 61032-0882
18531478     +West Asset Management,    7171 Mercy Rd.,    Omaha, NE 68106-2620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19133311       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2012 03:13:35
                American InfoSource LP as agent for,    US Cellular,   PO Box 248838,
                Oklahoma City, OK 73124-8838
19046247       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2012 02:33:52
                American InfoSource LP as agent for,    RJM Acquisitions, LLC,
                as assignee of TARGET STORES - RETAILERS,    PO Box 268850,   Oklahoma City, OK 73126-8850
18828049     +E-mail/Text: bnc@atlasacq.com Sep 01 2012 00:24:41     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303,    Attn: Avi Schild
18531450      E-mail/Text: legalcollections@comed.com Sep 01 2012 00:23:34     Com Ed,    P.O. Box 6111,
                Carol Stream, IL 60197-6111
18782600     +E-mail/Text: legalcollections@comed.com Sep 01 2012 00:23:34     Commonwealth Edison Company,
                3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
18531452      E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 01 2012 00:23:39
                Credit Collection Services,    P.O. Box 9134,   Needham, MA 02494-9134
18958397     +E-mail/Text: bankruptcy@hraccounts.com Sep 01 2012 00:21:42     General Surgery Associates,
                C/O H and R Accounts Inc,    PO Box 672,   Moline, IL 61266-0672
18531457     +E-mail/Text: bankruptcy@hraccounts.com Sep 01 2012 00:21:42     H & R Accounts, Inc.,
                7017 John Deere Pkwy.,    Moline, IL 61265-8072
```

```
District/off: 0752-3                User: vgossett              Page 2 of 3                  Date Rcvd: Aug 31, 2012
                                    Form ID: pdf006             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18531460      E-mail/Text: resurgentbknotifications@resurgent.com Sep 01 2012 00:21:01     LVNV Funding LLC,
               P.O. Box 10584,    Greenville, SC  29603-0584
19168401      E-mail/Text: resurgentbknotifications@resurgent.com Sep 01 2012 00:21:01
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
19172480      E-mail/Text: resurgentbknotifications@resurgent.com Sep 01 2012 00:21:01
               LVNV Funding, LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
18531462     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2012 00:22:19     Midland Credit Management, Inc.,
               8875 Aero Dr., Ste. 200,    San Diego, CA 92123-2255
18531467      E-mail/Text: bankrup@nicor.com Sep 01 2012 00:21:17     Nicor,    P.O. Box 0632,
               Aurora, IL  60507-0632
19040129     +E-mail/Text: bankrup@nicor.com Sep 01 2012 00:21:17     Nicor Gas,    P.O. Box 549,
               Aurora, IL 60507-0549
18958398     +E-mail/Text: bankruptcy@hraccounts.com Sep 01 2012 00:21:42    North Iowa Mercy Clinics,
               C/O H and R Accounts Inc,    PO Box 672,   Moline, IL 61266-0672
18531471      E-mail/Text: rjm@ebn.phinsolutions.com Sep 01 2012 00:22:15     RJM Acquisitions LLC,
               575 Underhill Blvd., Ste. 224,    Syosset, NY  11791-4437
18958363     +E-mail/Text: bankruptcy@hraccounts.com Sep 01 2012 00:21:42    Spring Park Oral and Max Surgeons,
               C/O H and R Accounts Inc,    PO Box 672,   Moline, IL 61266-0672
18531477      Fax: 866-419-3894 Sep 01 2012 01:03:20     US Cellular,   Dept. 0203,    Palatine, IL 60055-0203
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19290969*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    c/o Orchard/Sub Prime,
               POB 41067,    Norfolk VA 23541)
19191253*    +nicor gas,   po box 549,   Aurora il 60507-0549
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2012                    Signature:    *Joseph Speetjens* (signature)

```
District/off: 0752-3          User: vgossett              Page 3 of 3              Date Rcvd: Aug 31, 2012
                              Form ID: pdf006             Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2012 at the address(es) listed below:
         Kelli D Walker    on behalf of Debtor Steven Koser kelli@essex1.com
         Megan G Heeg    on behalf of Trustee Megan Heeg heeg@egblc.com
         Megan G Heeg    heeg@egblc.com,  IL55@ecfcbis.com
         Michael  Dimand    on behalf of Creditor   BANK OF AMERICA, N.A. mdimand@aol.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Trent L Bush    on behalf of Creditor   Advantage One Credit Union bush@wmpj.com,
         teresa@wmpj.com;amber@wmpj.com
                                                                                               TOTAL: 6