# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

In re: KOSER, STEVEN R. § Case No. 12-80639
      KOSER, AMY C. §
       §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $95,578.00  *(without deducting any secured claims)* | Assets Exempt: $36,078.00 |
| Total Distribution to Claimants: $5,477.99 | Claims Discharged Without Payment: $52,193.47 |
| Total Expenses of Administration: $2,601.01 | |

    3)  Total gross receipts of $   8,079.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $8,079.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $95,841.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,601.01 | 2,601.01 | 2,601.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 71,329.01 | 29,835.45 | 29,835.45 | 5,477.99 |
| **TOTAL DISBURSEMENTS** | $167,170.01 | $32,436.46 | $32,436.46 | $8,079.00 |

    4)  This case was originally filed under Chapter 7 on February 25, 2012. The case was pending for 9 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/14/2012          By: /s/MEGAN G. HEEG
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2011 Income Tax Refunds tax refunds. Give | 1124-000 | 1,079.00 |
| 2005 Chrysler Pacifica vehicle | 1129-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,079.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Morrison Community Federal Credit Union | 4110-000 | 16,028.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America C/O BAC Home Loans Servicing | 4110-000 | 79,813.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$95,841.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,557.90 | 1,557.90 | 1,557.90 |
| MEGAN G. HEEG | 2200-000 | N/A | 6.61 | 6.61 | 6.61 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 945.00 | 945.00 | 945.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 16.50 | 16.50 | 16.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,601.01 | $2,601.01 | $2,601.01 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 1,162.63 | 1,496.08 | 1,496.08 | 274.69 |
| 2 | Atlas Acquisitions LLC (First Premier - First ) | 7100-000 | N/A | 476.82 | 476.82 | 87.55 |
| 3 | Medical Assoc. of Clinton | 7100-000 | 373.00 | 372.69 | 372.69 | 68.43 |
| 4 | Advanced Radiology | 7100-000 | 166.15 | 8.55 | 8.55 | 1.57 |
| 5 | Ernest Galbreath | 7100-000 | N/A | 204.95 | 204.95 | 37.63 |
| 6 | Tri State Adjustments | 7100-000 | 602.00 | 687.72 | 687.72 | 126.27 |
| 7 | RRCA Accounts Management, Inc. | 7100-000 | unknown | 3,533.41 | 3,533.41 | 648.76 |
| 8 | Spring Park Oral and Max Surgeons | 7100-000 | 2,046.97 | 795.61 | 795.61 | 146.08 |
| 9 | General Surgery Associates | 7100-000 | 717.00 | 20.00 | 20.00 | 3.67 |
| 10 | North Iowa Mercy Clinics | 7100-000 | 808.73 | 10.44 | 10.44 | 1.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | Nicor Gas | 7100-000 | 532.14 | 455.75 | 455.75 | 83.68 |
| 12 | American InfoSource LP as agent for | 7100-000 | 326.97 | 326.97 | 326.97 | 60.03 |
| 13 | MEDIACOM COMMUNICATIONS CORPORATION | 7100-000 | 131.51 | 342.31 | 342.31 | 62.85 |
| 14 | Allied Business Accounts | 7100-000 | N/A | 190.00 | 190.00 | 34.89 |
| 15 | Allied Business Accounts | 7100-000 | 11.72 | 567.00 | 567.00 | 104.10 |
| 16 | Advantage One Credit Union | 7100-000 | 11,607.00 | 11,410.05 | 11,410.05 | 2,094.96 |
| 17 | American InfoSource LP as agent for | 7100-000 | 631.16 | 653.18 | 653.18 | 119.93 |
| 18 | American InfoSource LP as agent for | 7100-000 | N/A | 504.93 | 504.93 | 92.71 |
| 19 | LVNV Funding, LLC its successors and assigns as | 7100-000 | 489.55 | 485.75 | 485.75 | 89.19 |
| 20 | LVNV Funding, LLC its successors and assigns as | 7100-000 | 23,227.47 | 6,747.40 | 6,747.40 | 1,238.86 |
| 21 | Portfolio Recovery Associates, LLC | 7100-000 | 659.00 | 545.84 | 545.84 | 100.22 |
| NOTFILED | LVNV Funding LLC | 7100-000 | 471.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Mutual Group | 7100-000 | 625.00 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Mutual Group | 7100-000 | 2,147.14 | N/A | N/A | 0.00 |
| NOTFILED | Credit Collection Services | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| NOTFILED | First Collection Services | 7100-000 | 501.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Cable | 7100-000 | 346.28 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Association | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dr. William Simpson | 7100-000 | 135.50 | N/A | N/A | 0.00 |
| NOTFILED | Penn Credit | 7100-000 | 21.45 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management, Inc. | 7100-000 | 3,579.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Company Of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 522.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sterling-Rock Falls Clinic | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The CBE Group | 7100-000 | 151.00 | N/A | N/A | 0.00 |
| NOTFILED | Morrison Community Federal Credit Union | 7100-000 | 2,173.00 | N/A | N/A | 0.00 |
| NOTFILED | SST/CIGPFI Corp | 7100-000 | 1,103.00 | N/A | N/A | 0.00 |
| NOTFILED | City Of Morrison | 7100-000 | 171.04 | N/A | N/A | 0.00 |
| NOTFILED | Morrison Community Federal Credit Union | 7100-000 | 9,749.00 | N/A | N/A | 0.00 |
| NOTFILED | American Family Insurance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 802.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | LVNV Funding LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CACH, LLC C/O Blitt And Gaines, P.C. | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $71,329.01 | $29,835.45 | $29,835.45 | $5,477.99 |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-80639
**Case Name:** KOSER, STEVEN R.
  KOSER, AMY C.
**Period Ending:** 12/14/12

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 02/25/12 (f)
**§341(a) Meeting Date:** 04/13/12
**Claims Bar Date:** 08/08/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | 207 West Wall Street, Morrison,<br>  Orig. Asset Memo: Orig. Description: 207 West Wall Street, Morrison, | 89,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand<br>  Orig. Asset Memo: Orig. Description: Cash on hand | 10.00 | 0.00 | DA | 0.00 | FA |
| 3 | Advantage One Credit Union--checking account<br>  Orig. Asset Memo: Orig. Description: Advantage One Credit Union--checking account | 57.00 | 0.00 | DA | 0.00 | FA |
| 4 | Advantage One Credit Union--savings in banks, sa<br>  Orig. Asset Memo: Orig. Description: Advantage One Credit Union--savings in banks, savings and loan, | 25.00 | 0.00 | DA | 0.00 | FA |
| 5 | Cornerstone Credit Union-- checking account<br>  Orig. Asset Memo: Orig. Description: Cornerstone Credit Union-- checking account | 1,049.00 | 0.00 | DA | 0.00 | FA |
| 6 | Cornerstone Credit Union--savings account broker<br>  Orig. Asset Memo: Orig. Description: Cornerstone Credit Union--savings account brokerage houses, or | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings: audio, video, a<br>  Orig. Asset Memo: Orig. Description: Household goods and furnishings: audio, video, and computer 2 full beds - $50, 2 twin beds - $40, 4 dressers - $40, TV - $75, TV $150, DVD player - $10, refrigerator - $50, microwave - $10, and chairs - $25, sofa section - $150, chair - $10, coffee - $15, mirrors/pictures/wall decorations - $150, washer and - $300, misc. - $200. | 1,275.00 | 0.00 | DA | 0.00 | FA |
| 8 | goods and furnishings: end tables - $15, couch -<br>  Orig. Asset Memo: Orig. Description: goods and furnishings: end tables - $15, couch - $10, table - $10, hand tools - $150, misc. - $200. | 385.00 | 0.00 | DA | 0.00 | FA |
| 9 | John Force die cast cars antiques, stamp, coin,<br>  Orig. Asset Memo: Orig. Description: John Force die cast cars antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | 350.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wearing apparel<br>  Orig. Asset Memo: Orig. Description: Wearing | 200.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80639  
**Case Name:** KOSER, STEVEN R.  
KOSER, AMY C.  
**Period Ending:** 12/14/12

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/25/12 (f)  
**§341(a) Meeting Date:** 04/13/12  
**Claims Bar Date:** 08/08/12

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | apparel | | | | | |
| 11 | Wearing apparel<br>Orig. Asset Memo: Orig. Description: Wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | Misc. jewelry<br>Orig. Asset Memo: Orig. Description: Misc. jewelry | 350.00 | 0.00 | DA | 0.00 | FA |
| 13 | Both Debtors have term life insurance policies t<br>Orig. Asset Memo: Orig. Description: Both Debtors have term life insurance policies through their places of employment itemize surrender or refund value of each. | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Canadian Pacific Railroad Pension<br>Orig. Asset Memo: Orig. Description: Canadian Pacific Railroad Pension | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | 2011 Income Tax Refunds tax refunds. Give<br>Orig. Asset Memo: Orig. Description: 2011 Income Tax Refunds tax refunds. (Actual refund was $5,553, but after deduction for EIC & ACTC, $1,079 was unprotected) | 4,474.00 | 1,079.00 | | 1,079.00 | FA |
| 16 | 1992 Terry Resort Camper--pull behind<br>Orig. Asset Memo: Orig. Description: 1992 Terry Resort Camper--pull behind | Unknown | 0.00 | DA | 0.00 | FA |
| 17 | 1999 Chrysler LHS vehicle<br>Orig. Asset Memo: Orig. Description: 1999 Chrysler LHS vehicle | 2,152.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2005 Chrysler Pacifica vehicle<br>Orig. Asset Memo: Orig. Description: 2005 Chrysler Pacifica vehicle (claimed $2,400 exempt) | 13,000.00 | 7,000.00 | | 7,000.00 | FA |
| 18 | Assets   Totals (Excluding unknown values) | **$113,052.00** | **$8,079.00** | | **$8,079.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 12-80639  
**Case Name:** KOSER, STEVEN R.  
　　　　　　　KOSER, AMY C.  
**Period Ending:** 12/14/12

**Trustee:**　　(330490)　MEGAN G. HEEG  
**Filed (f) or Converted (c):** 02/25/12 (f)  
**§341(a) Meeting Date:** 04/13/12  
**Claims Bar Date:** 08/08/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　August 21, 2012　　**Current Projected Date Of Final Report (TFR):**　August 28, 2012  (Actual)

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-80639 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | KOSER, STEVEN R. | | Bank Name: | The Bank of New York Mellon |
| | KOSER, AMY C. | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***8454 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 12/14/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/17/12 | {18} | Advantage One Credit Union | 2005 Chrstler Pacifica | 1129-000 | 7,000.00 | | 7,000.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.00 |
| 06/29/12 | {15} | Amy Koser | one-half of the tax refund | 1124-000 | 539.50 | | 7,514.50 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,489.50 |
| 07/02/12 | {15} | Steven Koser | one-half of the tax refund | 1124-000 | 539.50 | | 8,029.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,004.00 |
| 10/30/12 | 1001 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $945.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 945.00 | 7,059.00 |
| 10/30/12 | 1002 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $16.50, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 16.50 | 7,042.50 |
| 10/30/12 | 1003 | Commonwealth Edison Company | Dividend paid 18.36% on $1,496.08; Claim# 1; Filed: $1,496.08; Reference: 2563579020 | 7100-000 | | 274.69 | 6,767.81 |
| 10/30/12 | 1004 | Atlas Acquisitions LLC (First Premier - First ) | Dividend paid 18.36% on $476.82; Claim# 2; Filed: $476.82; Reference: | 7100-000 | | 87.55 | 6,680.26 |
| 10/30/12 | 1005 | Medical Assoc. of Clinton | Dividend paid 18.36% on $372.69; Claim# 3; Filed: $372.69; Reference: 40003759 | 7100-000 | | 68.43 | 6,611.83 |
| 10/30/12 | 1006 | Advanced Radiology | Dividend paid 18.36% on $8.55; Claim# 4; Filed: $8.55; Reference: VARIOUS | 7100-000 | | 1.57 | 6,610.26 |
| 10/30/12 | 1007 | Ernest Galbreath | Dividend paid 18.36% on $204.95; Claim# 5; Filed: $204.95; Reference: | 7100-000 | | 37.63 | 6,572.63 |
| 10/30/12 | 1008 | Tri State Adjustments | Dividend paid 18.36% on $687.72; Claim# 6; Filed: $687.72; Reference: 2701XXXX | 7100-000 | | 126.27 | 6,446.36 |
| 10/30/12 | 1009 | RRCA Accounts Management, Inc. | Dividend paid 18.36% on $3,533.41; Claim# 7; Filed: $3,533.41; Reference: | 7100-000 | | 648.76 | 5,797.60 |
| 10/30/12 | 1010 | Spring Park Oral and Max Surgeons | Dividend paid 18.36% on $795.61; Claim# 8; Filed: $795.61; Reference: 450XXXX | 7100-000 | | 146.08 | 5,651.52 |
| 10/30/12 | 1011 | General Surgery Associates | Dividend paid 18.36% on $20.00; Claim# 9; Filed: $20.00; Reference: | 7100-000 | | 3.67 | 5,647.85 |
| 10/30/12 | 1012 | North Iowa Mercy Clinics | Dividend paid 18.36% on $10.44; Claim# 10; Filed: $10.44; Reference: SC 180489 | 7100-000 | | 1.92 | 5,645.93 |
| 10/30/12 | 1013 | Nicor Gas | Dividend paid 18.36% on $455.75; Claim# 11; Filed: $455.75; Reference: 11-78-02-1031-3 | 7100-000 | | 83.68 | 5,562.25 |
| 10/30/12 | 1014 | American InfoSource LP as agent for | Dividend paid 18.36% on $326.97; Claim# 12; Filed: $326.97; Reference: 90031712122790 | 7100-000 | | 60.03 | 5,502.22 |
| 10/30/12 | 1015 | MEDIACOM COMMUNICATIONS CORPORATION | Dividend paid 18.36% on $342.31; Claim# 13; Filed: $342.31; Reference: 8383880210091109 | 7100-000 | | 62.85 | 5,439.37 |
| 10/30/12 | 1016 | Allied Business Accounts | Dividend paid 18.36% on $190.00; Claim# 14; | 7100-000 | | 34.89 | 5,404.48 |

Subtotals : $8,079.00   $2,674.52

{} Asset reference(s)

Printed: 12/14/2012 03:18 PM   V.13.04

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80639  
**Case Name:** KOSER, STEVEN R.  
KOSER, AMY C.  
**Taxpayer ID #:** **-***8454  
**Period Ending:** 12/14/12  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $190.00; Reference: | | | | |
| 10/30/12 | 1017 | Allied Business Accounts | Dividend paid 18.36% on $567.00; Claim# 15; Filed: $567.00; Reference: S1100623 | 7100-000 | | 104.10 | 5,300.38 |
| 10/30/12 | 1018 | Advantage One Credit Union | Dividend paid 18.36% on $11,410.05; Claim# 16; Filed: $11,410.05; Reference: 144XXXX | 7100-000 | | 2,094.96 | 3,205.42 |
| 10/30/12 | 1019 | American InfoSource LP as agent for | Dividend paid 18.36% on $653.18; Claim# 17; Filed: $653.18; Reference: 47052967 | 7100-000 | | 119.93 | 3,085.49 |
| 10/30/12 | 1020 | American InfoSource LP as agent for | Dividend paid 18.36% on $504.93; Claim# 18; Filed: $504.93; Reference: | 7100-000 | | 92.71 | 2,992.78 |
| 10/30/12 | 1021 | LVNV Funding, LLC its successors and assigns as | Dividend paid 18.36% on $485.75; Claim# 19; Filed: $485.75; Reference: 4447-9621-6298-1496 | 7100-000 | | 89.19 | 2,903.59 |
| 10/30/12 | 1022 | LVNV Funding, LLC its successors and assigns as | Dividend paid 18.36% on $6,747.40; Claim# 20; Filed: $6,747.40; Reference: 6695714 | 7100-000 | | 1,238.86 | 1,664.73 |
| 10/30/12 | 1023 | Portfolio Recovery Associates, LLC | Dividend paid 18.36% on $545.84; Claim# 21; Filed: $545.84; Reference: 6309000465XXXX | 7100-000 | | 100.22 | 1,564.51 |
| 10/30/12 | 1024 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,564.51 | 0.00 |
| | | | Dividend paid 100.00%   1,557.90<br>on $1,557.90;  Claim# ;<br>Filed: $1,557.90 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   6.61<br>on $6.61;  Claim# ; Filed:<br>$6.61 | 2200-000 | | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 8,079.00 | 8,079.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 8,079.00 | 8,079.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,079.00** | **$8,079.00** | |

{} Asset reference(s)

Printed: 12/14/2012 03:18 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-80639 | | **Trustee:** | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| **Case Name:** | KOSER, STEVEN R. | | **Bank Name:** | The Bank of New York Mellon |
| | KOSER, AMY C. | | **Account:** | 9200-******31-65 - Checking Account |
| **Taxpayer ID #:** | **-***8454 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 12/14/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******31-65** | 8,079.00 | 8,079.00 | 0.00 |
| | $8,079.00 | $8,079.00 | $0.00 |

{} Asset reference(s)   Printed: 12/14/2012 03:18 PM   V.13.04